

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00796-CR

Brad Anthony **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-10882
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 24, 2014.

_____
Rebeca C. Martinez, Justice